IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MARTIN G. CASTILLO, Jr.,          §
(TDCJ #695172)                    §
                                  §
V.                                §   CIVIL ACTION NO. 4:05-CV-218-Y
                                  §
STATE OF TEXAS                    §

FINAL JUDGMENT

Pursuant to an order issued this same day, and Federal Rule of Civil Procedure 58:

It is hereby ORDERED, ADJUDGED, and DECREED that the Petition for Writ of Mandamus be, and is hereby, DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A(b)(1) and alternatively, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

It is further ORDERED that all costs of court are taxed against the party that incurred them.

SIGNED May 27, 2005.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE